THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James C. McKee,
 Jr., Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2007-UP-416
Submitted October 1, 2007  Filed October
 8, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Appellant, James C. McKee, Jr., pled guilty to
 trafficking methamphetamines, second offense, possession with intent to
 distribute marijuana, second offense, and possession of a stolen vehicle.  The
 trial judge sentenced him to concurrent sentences of ten years for trafficking
 methamphetamines, ten years for possession with intent to distribute marijuana,
 and five years for possession of a stolen vehicle.  McKees counsel attached to the brief a
 petition to be relieved as counsel, stating that he had reviewed the record and
 concluded this appeal lacks merit.  McKee did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.